```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re                                       Chapter 11

CONGREGATION BIRCHOS YOSEF,                 Case No. 15-22254 (RDD)

                    Debtor.
----------------------------------x
CONGREGATION BIRCHOS YOSEF,

                    Plaintiff,
                                            Adv. Pro. No. 15-08232 (RDD)
          -against-

MORDECAI SCHLOMO GLATZER, CHAIM             STIPULATION
BRIZEL, MOSHE B. FRIEDMAN, ABRAHAM
SCHWARTZ, YECHIEL YOEL LAUFER,
YISROEL DAVID ROTTENBERG and JOHN DOES
NOS. 1 THROUGH 10,

                    Defendants.
----------------------------------x
```

It is hereby stipulated and agreed by and between the undersigned counsel that:

(1) the time for defendants Mordecai Glatzer, Chaim Brizel and Moshe Friedman to answer, move or otherwise respond to the complaint in this adversary proceeding is hereby extended from June 3, 2015 up to and including June 24, 2015; and

(2) counsel to the plaintiff and defendants Mordecai Glatzer, Chaim Brizel and Moshe Friedman have provided their respective clients with litigation hold letters in connection with this litigation.

Dated: New York, New York
       June 1, 2015

PICK & ZABICKI LLP

By: _____
Douglas J. Pick, Esq.
Attorneys for Plaintiff
369 Lexington Avenue, 12th Floor
New York, NY 10017
(212) 695-6000

BACKENROTH, FRANKEL & KRINSKY, LLP

By: _____
Abraham Backenroth, Esq.
Scott Krinsky, Esq.
Attorneys for Defendants
Mordecai Schlomo Glatzer, Chaim
Brizel, Moshe B. Friedman
New York, NY 10022
(212) 593-1100

2