## AGREEMENT

This Agreement (the "Agreement") is entered into as of the 15th day of November, 2013, by and between, Rabbi Joseph Lebovits, the Grand Rebbe of Nikolsburg (the "Grand Rebbe"), Breindy Lebovits, Rabbi David Mermelstein, Rabbi Aron Markowitz, Ethel Halpert, Rabbi Chaim Mermelstein, and Rabbi Shea Klagsbrun, on the one side (hereinafter referred to collectively as "Party A"), and Rabbi Mordechai Shlomo Glatzer, Rabbi Moshe Berish Friedman, Rabbi Mordeche Samet, and Rabbi Chaim Brizel, on the other (hereinafter referred to collectively as "Party B"). (When referenced below, the "Parties" includes each individual to the Agreement as well as Congregation Birchos Yosef ("CBY").)

WHEREAS, the Grand Rebbe is the founder and the Highest Religious Authority of the Nikolsburg community and its Birchos Yosef Institutions; and

WHEREAS, up until the date of this Agreement, the individuals comprising Party B have served, at various times, as members of the Board of Trustees of CBY (the "Board"), and

WHEREAS, Rabbi Chaim Brizel, President, Rabbi Mordechai Shlomo Glatzer, Vice President, and Rabbi Mordeche Samet, Secretary, have been acting as the current Board of CBY; and

WHEREAS, CBY has purchased various properties which purchases were approved and supported by the Grand Rebbe; and

WHEREAS, in connection with the purchase of the properties, CBY entered into agreements, including mortgages; and

WHEREAS, in 2012, CBY restructured its debts and obligations related to the properties and entered into agreements with TD Bank, N.A. ("TD Bank"); and

N-245385_6

**WHEREAS**, CBY has defaulted on its obligations to TD Bank and litigation has been commenced against CBY by TD Bank (the "Bank Litigation"); and

**WHEREAS**, CBY has other outstanding debts and obligations as is reflected in Schedule A annexed hereto; and

**WHEREAS**, a dispute has arisen between the Parties as to how to handle the outstanding debts and obligations as well as regarding the future direction of CBY; and

**WHEREAS**, a litigation was commenced by Breindy Lebovits, Rabbi David Mermelstein, Rabbi Aron Markowitz, Ethel Halpert, Rabbi Chaim Mermelstein, and Rabbi Shea Klagsbrun, against CBY, Rabbi Chaim Brizel, Rabbi Mordechai Glatzer, Rabbi Mordeche Samet, and others, that relates to various matters regarding the management and operations of CBY (the "CBY Litigation"); and

**WHEREAS**, the Parties to this Agreement have now decided to resolve their differences by entering into this Agreement.

**NOW, THEREFORE**, in consideration of the mutual promises, obligations, and agreements contained herein, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties to this Agreement hereby agree as follows:

1.    <u>Board Resignations</u>.    (a)    Party A and Party B hereby agree that, upon execution of this Agreement, control of CBY will be turned over to a new Board comprised of the Grand Rebbe, Aron Marowitz, and Shea Klagsbrun.  As part of this Agreement, the resignations and appointments annexed hereto as Schedule B will be simultaneously executed; and

(b)   the parties agree that the certification by Mordeche Samet, annexed as Schedule C, includes the current list of members entitled to vote at meetings of CBY (which membership list is included within Schedule C). Unless requested by the new Board, Party B will no longer be authorized to take any action on behalf of or in the name of CBY. Party B agrees to take any and all actions as may be necessary to transfer control of any and all assets to the new Board, including, but not limited to, all bank accounts and investments belonging to CBY as may be located anywhere in the world.

2.    Responsibilities for Debt and Obligations and Indemnification. The outstanding debts and obligations, as reflected in Schedule A annexed hereto, will remain the responsibility of CBY. It is acknowledged and agreed that none of these obligations are the individual responsibility of any of the individuals that comprise Party A or Party B. Party B represents that these are debts incurred by CBY and that they have disclosed all current debts and obligations of which they are aware. Party B agrees to cooperate and be available to discuss how debts were incurred and calculated. CBY shall indemnify, defend, and hold harmless Party B from and against any and all liability, claims, loss, damages, costs, tax or expenses, including reasonable attorneys' fees and expenses, which may be incurred by reason of any claim, suit, action or threatened action brought by any party against Party B (individually or collectively) arising out of or in any way related to actions taken by or on behalf of CBY, unless otherwise provided in this agreement.

3.    Assumption of Agreement.    Upon the appointment of the new Board of Trustees (as set forth in Section 1 above), the new Board of Trustees of CBY shall have been deemed to have adopted this Agreement on behalf of CBY and assumed on behalf of CBY any obligations incumbent upon CBY as a result of this Agreement.

N-245385_6

4.    <u>Mutual Releases</u>.  By entering into this Agreement, each of the individuals comprising Party A and Party B, as well as those that have represented and acted on behalf of CBY in the past and will represent and act on behalf of CBY following the date of this Agreement,  irrevocably, unconditionally fully, and finally releases and discharges any and all Parties to this Agreement, from any and all actions, causes of action, suits, debts, accounts, covenants, contracts, agreements, promises, damages, judgments, claims, and demands whatsoever, in law or equity, known or unknown, which each, respectively, had, may now have or hereinafter may have from the beginning of time until the date of this Agreement, which arise or relate in any way to any dealings the Parties may have had ~~or~~ that relate in any way to CBY. Nothing contained within this section shall release any party from any obligation undertaken pursuant to the terms of this Agreement or pursuant to any agreement not referenced herein or which is not related to the subject matter of this Agreement.  Nothing contained within this section shall release any party from a claim related to assets knowingly and wrongfully diverted by virtue of loans, property sales, or by overpayments of salaries or invoices to any party, third person, organization, corporation, etc., which, if alleged, shall be resolved in accordance with the procedures set forth in Section 8 below.

5.    <u>Non-Disparagement</u>.  The Parties represent and agree that each will refrain from making any written or oral statements to any person or entity with whom the other has had or may have a business or social relationship which may reasonably be expected to impugn or degrade the character, integrity, or ethics of the other.

6.    <u>Confidentiality</u>.  The Parties agree that the terms of this Agreement are confidential and shall not be disclosed, directly or indirectly, to any person or entity who is not a party to the Agreement.

N-245385_6

7.    <u>Stipulation of Discontinuance</u>.  Within three (3) business days of the Parties' execution of this Agreement, counsel for the plaintiffs in the CBY Litigation will file the necessary documentation to discontinue that action, with prejudice, as against Chaim Brizel, Mordechai Glatzer, and Mordeche Samet.  Nothing contained therein shall preclude the assertion of claims as provided in Section 4.

8.    <u>Governing Law and Dispute Resolution</u>.  This Agreement is governed by and is to be construed in accordance with Jewish law pursuant to the Torah.  Each party expressly agrees, consents, and submits to the exclusive personal jurisdiction and venue of a Jewish court (Beis Din) for any dispute between or among any of the Parties hereto that refers or relates to the subject matter of this Agreement or that arises under this Agreement, and will under no circumstances bring their demands to any other court or tribunal, whether for a large matter or small, without any exception.  Any Beis Din proceeding shall be conducted in a confidential manner and shall be identified as a confidential proceeding.  Each party waives any and all rights, under law or in equity, to object or contest the jurisdiction and venue of the Beis Din as the tribunal to adjudicate any and all disputes that may arise between or among the parties.  Any award (or "Psak") issued by the Beis Din shall be final and binding and judgment may be entered in any court having jurisdiction over the parties and subject matter.

The arbitrators for the Beth Din proceeding shall consist of a Zabla whose powers shall be memorialized in a Shtar Brurim.  Each of the participants shall be entitled to have an advocate to represent their interests ("Toan").

9.    <u>Amendment</u>.  No provision of this Agreement may be amended, modified, waived or discharged unless such amendment, waiver, modification or discharge is agreed to in writing and such writing is signed by an authorized representative of the Parties.  No waiver by either

party at any time of any breach by the other of any condition or provision of this Agreement to be performed by such other party shall be deemed a waiver of similar or dissimilar provisions or conditions at the same or at any prior or subsequent time.

10.    Counsel. The Parties each acknowledge that they have each had a full and fair opportunity to retain and/or consult with counsel of their own choosing regarding the terms of this Agreement prior to executing the Agreement.

11.    Notice. For the purposes of this Agreement, notices, demands and all other communications provided for in this Agreement shall be in writing and shall be delivered (i) personally, (ii) by first class mail, certified, return receipt requested, postage prepaid, (iii) by overnight courier, with acknowledged receipt, or (iv) by facsimile transmission or by e-mail followed by delivery by first class mail or by overnight courier, in the manner provided for in this Section, and addressed as follows:

|  |  |
|---|---|
| If to Party A to: | Aron Markowitz or Shea Klagsbrun<br>18 Ellish Parkway<br>Spring Valley, New York 10977<br>E-mail: nklbrg@gmail.com |
| With a copy to: | Richard Sarajian<br>Montalbano, Condon & Frank, P.C.<br>67 N. Main Street<br>New City, New York 10956<br>Fax: 845-634-8993<br>E-mail: rsarajian@mcfnylaw.com |
| If to Party B to: | Rabbi Chaim Brizel<br>12 Neal Road<br>Spring Valley, New York 10977<br>E-mail: chaimbrizel@gmail.com |
| With a copy to: | Kenneth J. Rubinstein<br>Haynes and Boone, LLP<br>30 Rockefeller Plaza, 26th floor<br>New York, New York 10112<br>Fax: 212-884-8241 |

N-245385_6

E-mail: ken.rubinstein@haynesboone.com

12.    <u>Entire Agreement</u>.  This Agreement sets forth the entire agreement of the Parties hereto with respect to the subject matter contained herein and supersedes any and all prior agreements, promises, covenants, negotiations, offers, arrangements, understandings, communications, representations or warranties, whether oral or written, by any party or any of their respective representatives.  Any prior agreement or understanding between or among the Parties that relates to the subject matter of this Agreement is hereby terminated and canceled as of the date hereof.  Should any portion of this Agreement be declared invalid or unenforceable, it shall not affect the force, effect, and validity of the remaining portion hereof.

13.    <u>Counterparts; Execution</u>.  This Agreement may be signed in counterparts each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  Signatures by facsimile, electronic mail or pdf shall be considered as originals.

N-245385_6

**IN WITNESS WHEREOF,** this Agreement is executed effective as of the date first set forth above.

_____
**Rabbi Joseph Lebovits**

Executed on:  November __, 2013


_____
**Breindy Lebovits**

Executed on:  November __, 2013


_____
**David Mermelstein**

Executed on:  November __, 2013


_____
**Aron Markowitz**

Executed on:  November __, 2013


_____
**Ethel Halpert**

Executed on:  November __, 2013


_____
**Chaim Mermelstein**

Executed on:  November __, 2013


N-245385_6

**Shea Klagsbrun**

Executed on:  November ___, 2013

**Mordechai Shlomo Glatzer**

Executed on:  November ___, 2013

**Moshe Berish Friedman**

Executed on:  November ___, 2013

**Mordeche Samet**

Executed on:  November ___, 2013

**Chaim Brizel**

Executed on:  November 18, 2013

## SCHEDULE A

| | |
|---|---|
| TD Bank | $8,300,000 (approximate) |
| Real estate taxes | $7,906.14 |
| IRS | $229,434.96 (as of September 30, 2013) |
| Zichron Menachem judgment | $100,000.00 |
| Mechanics liens | $55,563.00 |
| Haynes & Boone | $100,755.96 (as of October 31, 2013) |
| Kunstlinger & Wohlgemuth | $25,000 (as of October 31, 2013) |

and the vendor, payroll, and other amounts reflected outstanding and due in the documents
provided by Mordeche Samet to the Grand Rebbe on Friday, November 8, 2013.

N-245385_6

## SCHEDULE B:  Resignations and Appointments

N-245385_6

## RESIGNATION

The undersigned hereby resigns all positions as a Trustee and Officer of Congregation Birchos
Yosef effective immediately.

_____
Mordechai Glatzer

Resignation Accepted:

_____
Mordeche Samet

## RESIGNATION

The undersigned hereby resigns all positions as a Trustee and Officer of Congregation Birchos
Yosef effective immediately.

RABBI
Chaim Brizel

Resignation Accepted:

Mordeche Samet

N-245385_6

### _DESIGNATION OF TRUSTEES_

I hereby appoint Shea Klagsbrun and Aron Markowitz as Trustees to fill the terms of
Mordechai Glatzer and Chaim Brizel until the next election.


RABBI mordech Somet

Mordeche Samet

### RESIGNATION

The undersigned hereby resigns all positions as a Trustee and Officer of Congregation Birchos Yosef effective immediately.

RABBI mordech Samet

_____
Mordeche Samet

Resignation Accepted:

_____

### DESIGNATION OF TRUSTEES

We hereby appoint Grande Rebbe Joseph Michael Leibovits as Trustee to fill the term of
Mordeche Samet until the next election.

_____

Shea Klagsbrun

_____

Aron Markowitz

N-245385_6

## SCHEDULE C:   Certification and Membership List

I, MORDECHE SAMET, hereby certify that, pursuant to Section 607 of the Not-For-

Profit Corporation Law, the list of members of Congregation Birchos Yosef is attached hereto.


_RABBI mordech Samet_
Mordeche Samet

Thursday, November 07, 2013                    Page 1 of 2                    tel:                    Cell:

| Name | Address | tel: | Cell: |
|---|---|---|---|
| Rabbi Michoel Apter | 45 Decatur Ave  Spring Valley NY 10977 | 845 425-5487 | |
| Mr. Yoel Biner | 8 Herrick Ave  Spring Valley NY 10977 | 845 352-5205 | |
| Mr. Yakov Zvi Bron | 14 Murray Dr  Airmont NY 10952 | 845 357-0704 | 917-807-7332 / 914-715-6475 |
| Rabbi Chaim Brigler | 12 Neil Rd  Spring Valley NY 10977 | 845 499-5613 | |
| Rabbi Mordechai Shlomo Glatzer | 10 Laura Pl  Spring Valley NY 10977 | 845 352-1902 | 917-642-3290 |
| Mr. Meir Ber Gluck | 27 Yale Dr  Monsey NY 10952 | 845 425-8786 | |
| Rabbi Mendel Greenwald | 2 Elaine Pl  Spring Valley NY 10977 | 845 426-1647 | 1-845-222-1818 |
| Rabbi Mendel Halpert | 36 Union Rd  Spring Valley NY 10977 | 845 425-6514 | 845-642-3301 |
| Rabbi Leibish Halpert | 481 W Central Ave  Spring Valley NY 10977 | 845 352-7438 | |
| Mr. Elozer Horowitz | 4 Ralpf Dr #112 Monsey NY 10952 | | |
| Rabbi Yitzchok I. Horowitz | 71 Park Ln  Monsey NY 10952 | 845 352-7393 | |
| Mr. Yochanan Waldman | 6 Thomas Ct  Monsey NY 10952 | 845 364-6650 | 917-807-1955 |
| Rabbi Yakov Teitelbaum | 20 Westside Ave  Spring Valley NY 10977 | 845 425-5967 | |
| Mr. S. B. Teitelbaum | 58 Herrick Ave #201 Spring Valley NY 10977 | 845 | |
| Mr Joseph Shaya Lowen | 109 Decatur Ave Spring Valley NY 10977 | 845 425-1254 | |
| Rabbi Eliezer Landau | 87 Union Rd  Spring Valley NY 10977 | 845 426-7217 | 845-721-2237 |
| Rabbi Yoel Landau | 115 N. Cole Ave.  Spring Valley NY 10977 | 845 | 718-809-2223 |
| Rabbi Alter Landau | 113 N Cole Ave  Spring Valley NY 10977 | 845 425-4322 | |
| Rabbi Hershel Landau | 114 Decatur Ave  Spring Valley NY 10977 | 732 886-0034 | 773-447-5809 |
| Mr. Avrum Moshe  Lebowitz | 1 waren ct.  Monsey NY 10952 | | |
| Rabbi Chaim Dovid Lebovits | 147 Maple Ave #112 Spring Valley NY 10977 | 845 | |
| Mr. Chaim Yoel Lebowitz | 198 Ader Ct.  Monsey NY 10952 | 845 | 718-864-3074 |
| Mr. Chaim Hersh Lebovits | 54 Herrick Ave #201 Spring Valley NY 10977 | 845 352-4915 | 845-659-1774 |
| Rabbi Yoel Lebovits | 6 Quince Ln  Suffern NY 10901 | 845 362-1074 | 845-494-2008 |
| Rabbi Yecheskel Lebowitz | 3C Milton Pl  Spring Valley NY 10977 | 845 352-8324 | 216-8892 |
| Mr M.  M. Lebowitz | 30 Calvert Dr  Monsey NY 10952 | 845 | |
| Rabbi Boruch Yudah Lebowitz | 181 Adar Ct  Monsey NY 10952 | 845 426-5616 | 536-5616 |
| Mr. Shimon  Lebowitz | 181 Park ln. Monsey NY 10952 | | |
| Rabbi Aharon Markowitz | 3B Milton Pl  Spring Valley NY 10977 | 845 371-0429 | 845-323-2293 |
| Mr. Yoel Markowitz | 9 King Terr Spring Valley NY 10977 | 845 371-1043 | 845-445-5416 |
| Rabbi Isaac Markowitz | 16 Neil Rd  Apt: 102 Spring Valley NY 10977 | 845 425-0118 | |
| Rabbi Hershel Meisels | 31 Herrick Ave Unit B  Spring Valley NY 10977 | 845 356-4469 | |
| Grand Rabbi M. Lebovits | 18 Eilish Pkwy  Spring Valley NY 10977 | 845 425-4375 | |
| Rabbi Dovid Shlomo Mermelstein | 16 Widman Ct Unit 202 Spring Valley NY 10977 | 845 425-0329 | 845-659-8690 |
| Rabbi Chaim Nuchem Mermelstein | 10 Sunrise Dr #301 Monsey NY 10952 | 845 352-0244 | 347-546-6015 |
| Mr. Mordechai Samet | 10 Sunrise Dr #302 Monsey NY 10952 | 845 426-7871 | |
| Mr. Samuel Feldman | 6 Jacaruso Dr  Spring Valley NY 10977 | 845 352-2051 | 845-538-7730 |
| Rabbi Chaim Alter Fekete | 74 Decatur Ave #B Spring Valley NY 10977 | 845 425-3596 | 347-573-3584 |
| Mr. Shulom Proshinovsky | 30 D Francis Pl. Monsey  NY 10952 | 845 352-3540 | 347-486-2393 |
| Rabbi Chaim Fried | 4 Elaine Pl Unit 112 Spring Valley NY 10977 | 845 425-7287 | 659-0413 |
| Mr Nuchem Avrum fried | 31 Sunrise Dr. Unit 102 Monsey  NY 10952 | | 845-659-8424 |
| Rabbi Avraham Yechezkel Friedman | 161 Maple Ave Apt C Spring Valley NY 10977 | 845 425-5043 | |
| Rabbi Ahoron Friedman | 161 Maple Ave Apt A Spring Valley NY 10977 | 845 425-1459 | |
| Rabbi Yoel Yitzchuk Friedman | 18 Sunrise Dr #3 Monsey NY 10952 | 845 352-0386 | |
| Mr. Y. S. Friedman | 66 Herrick Ave  Spring Valley NY 10977 | 845 426-2733 | |
| Rabbi Moishe Berish Friedman | 161 Maple Ave Apt B Spring Valley NY 10977 | 845 352-3653 | 914-772-5092 |
| Rabbi Yida Kohn | 54 Decatur Ave  Spring Valley NY 10977 | 845 352-0186 | 845-659-3148 |

5:05:39 PM

| Thursday, November 07, 2013 | Page 2 of 2 | tel: | Cell: |
|---|---|---|---|
| Mr Avrum Chaim Klagsbrun | 35 N Cole Ave. Spring Valley NY 10977 | 845 248-8393 | 804-833-0404 |
| Mr Aron Tovia Klagsbrun | 105 N. Cole Ave Spring Valley NY 10977 | 845 | |
| Rabbi Shea Klagsbrun | 51 Decatur Ave  Spring Valley NY 10977 | 845 426-3716 | |
| Rabbi Simcha Klagsbrun | 54 Herrick Ave  #112 Spring Valley NY 10977 | 845 425-2184 | 845-538-7674 |
| Mr. Berel Rosen | 5 Yale Dr  Monsey NY 10952 | 845 426-3255 | |
| Mr Shlome  Rosenfeld | 105 park ln. Monsey NY 10952 | 845 222-2254 | |
| Rabbi Meir Yosef Rottenberg | 147 Maple Ave #114 Spring Valley NY 10977 | 845 426-2823 | 845-659-1992 |
| Rabbi Nuchem Schwartz | 212 Adar Ct  Monsey NY 10952 | 845 425-1142 | |
| Rabbi Avraham Moshe Schwartz | 540 W Central Ave  Monsey NY 10952 | 845 352-0623 | 845-323-9021 |
| Mr. Yoel Simonowits | 9-A Laura Pl #B Spring Valley NY 10977 | 845 | 845-521-2396 |
| Mr. Mordechai Y Simonowits | 11B Monsey Blvd  Monsey NY 10952 | 845 425-8243 | 845-406-2717 |
| Rabbi Nachum Ylda Simonowits | 527 W Central Ave  Spring Valley NY 10977 | 845 425-0155 | 845-521-2339 |
| Rabbi Tovia Schlesinger | 5 First St  Spring Valley NY 10977 | 845 371-4271 | |

5:05:39 PM

### *DESIGNATION OF TRUSTEES*

I hereby appoint Shea Klagsbrun and Aron Markowitz as Trustees to fill the terms of Mordechai

Glatzer and Chaim Brizel until the next election:

_____
Mordeche Samet

N-245385_5

## *RESIGNATION*

The undersigned hereby resigns all positions as a Trustee and Officer of Congregation Birchos

Yosef effective immediately.

_____

Chaim Brizel

Resignation Accepted:

_____

Mordeche Samet

N.245385_5

### *RESIGNATION*

The undersigned hereby resigns all positions as a Trustee and Officer of Congregation Birchos Yosef effective immediately.

_____
Mordechai Glatzer

Resignation Accepted:

_____
Mordeche Samet

N-245385_S

### *RESIGNATION*

The undersigned hereby resigns all positions as a Trustee and Officer of Congregation Birchos

Yosef effective immediately.

_____
Mordeche Samet

Resignation Accepted:

_____

N-245385_5

### _DESIGNATION OF TRUSTEES_

We hereby appoint Grande Rebbe Joseph Michael Leibovits as Trustee to fill the term of Mordeehe

Samet until the next election.

_____
Shea Klagsbrun


_____
Aron Markowitz

N-245385_5

# Ace Flooring Distributors, Inc.

**17 Robert Pitt Dr.**
**Monsey, NY 10952**
**(845) 356-7225**
Fax 356-7274
**Web:** www.aceflooring.net
**Email:** aceflooring@optimum.net

# ESTIMATE

| DATE | ESTIMATE NO. |
|------|--------------|
| 5/3/2015 | 14567 |

**NAME / ADDRESS**

Glatzer
10 Laura Place
Spring Valley, NY 10977

| HOME # | TERMS | REP | PHONE 2 |
|--------|-------|-----|---------|
| 352-1902 | C.O.D. | SR | 917-642-3290 |

| ITEM | DESCRIPTION | QTY | AMOUNT | Total |
|------|-------------|-----|--------|-------|
| Lino Sale | Mannington 130031 Installed in Kitchen | 18.33 | 24.00 | 439.92 |
| Prep | Skim Coat & Prep subfloor | | 125.00 | 125.00 |
| Appliances | Disconnect & Move Appliances | | 30.00 | 30.00 |
| | | | | |
| | Subtotal | | | 594.92 |
| | | | | |
| | (Option to do 1/4" plywood Add $190) | | | |
| | Sales Tax | | 8.375% | 49.82 |

Thank you for your business.

**Total** | $644.74

PLEASE SIGN & FAX TO 845-356-7274 X_____